COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Zurich American Insurance Company, in its capacity as issuer
of Policy No. GLO 9264204-03, and Ironshore Specialty Insurance
Company v. Certain Underwriters Subscribing to OEE Policy NRG
475535-9-02, Certain Underwriters Subscribing to Energy Package
Policy B1263EG0062313 and Certain Underwriters Subscribing to
Energy Package Policy B1263EG0062314

Appellate case number:   01-19-00184-CV

Trial court case number: 2016-02663

Trial court:             234th District Court of Harris County

Ironshore Specialty Insurance Company has filed an unopposed motion to realign itself as an appellant in this appeal. The motion is GRANTED. The Clerk of this Court is directed to list Ironshore as an appellant rather than an appellee. The style of the case shall be as follows: "Zurich American Insurance Company, in its capacity as issuer of Policy No. GLO 9264204-03, and Ironshore Specialty Insurance Co. v. Certain Underwriters Subscribing to OEE Policy NRG 475535-9-02, Certain Underwriters Subscribing to Energy Package Policy B1263EG0062313 and Certain Underwriters Subscribing to Energy Package Policy B1263EG0062314."

It is so ORDERED.

Judge's signature: __/s/ Gordon Goodman_____
                              Acting individually

Date: __April 16, 2019____